## SECOND DEPARTMENT, SEPTEMBER, 1982

## (September 1, 1982)

■ In the Matter of DREW I. GOODMAN et al., Appellants, v ANTONIA D'APICE et al., Respondents. — Judgment of the Supreme Court, Westchester County (Coppola, J.), dated August 27, 1982, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Titone, Mangano and Thompson, JJ., concur.